**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:   COMELA T REYNOLDS                          CASE NO: 07-22694
                                                    CHAPTER 13

         DEBTORS(S)                                 JUDGE: JACK B SCHMETTERER

                                                    NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   AMERICAS SERVICING COMPANY

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0004 | 7796 | $ 11,979.35 | $ 11,979.35 | $ 11,979.35 |

Total Amount Paid the Trustee                                              $  11,979.35

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 X   Through the Chapter 13 Conduit                    __ Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of    December, 2012.

Debtor(s)                                                              Debtors Attorney

COMELA T REYNOLDS                                                      ROBERT J ADAMS & ASSOC
1533 S KEDVALE AVE....                                                 901 W JACKSON # 202
CHICAGO IL 60623                                                       CHICAGO IL 606070000


Mortgage Arrearage Creditor

AMERICAS SERVICING COMPANY
1 HOME CAMPUS
MAC X2302-04C
DES MOINES IA 50328


Electronic Service US Trustee


Date: December 27, 2012                                                /s/ Tom Vaughn

                                                                       Tom Vaughn, Chapter 13 Trustee
                                                                       Chapter 13 Trustee
                                                                       55 East Monroe Street, Suite 3850
                                                                       Chicago, Ill   60603